U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

FILED

2010 AUG 26 P 2:22

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| PLAINTIFF<br>Joe Burgos Vega | COURT CASE NUMBER<br>PRISONER 3:09cv737(VLB) |
| DEFENDANT<br>Doe, et al | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lt. Neil Cormier
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
24 Wolcott Hill Rd. Wethersfield CT 06109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joe Burgos Vega #130135
NORTHERN CORRECTIONAL INSTITUTION
287 Bilton Road P.O. Box 665
Somers, CT 06071

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

IN-PERSON SERVICE

Fold

RECEIVED
UNITED STATES MARSHAL
2010 AUG 25 AM 11:56
DISTRICT OF CONNECTICUT

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Maria Corriette | [✓] PLAINTIFF<br>[ ] DEFENDANT | 203-579-5861 | 8/18/10 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | TS | 08/25/2010 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode |

| Address *(complete only different than shown above)* | Date | Time |
|---|---|---|
| | 08/25/2010 | 1600 [ ] am [X] pm |
| | Signature of U.S. Marshal or Deputy<br>5386 | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

Cormier retired from DOC 04/01/2010

JDIS

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

OPEN 08/25/2010
CLOSED 08/26/2010

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

Joe Burgos Vega
*Plaintiff*
v.
Rell, et al
*Defendant*

Civil Action No. 3:09CV737(VLB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Neil Cormier, Lt.
24 Wolcott Hill Rd.
Wethersfield CT 06109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joe Burgos Vega
#130135
NORTHERN CORRECTIONAL INSTITUTION
287 Bilton Road
P.O. Box 665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/18/2010

Maria Cornutte
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:09CV737(VLB)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lt. Neil Cormier
was received by me on *(date)* 08/25/2010 .

❒ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☒ I returned the summons unexecuted because Cormier retired from DOC on 04/01/2010 ; or
Can no longer be served at 24 Wolcott Hill Rd

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2010 ________ (signature)
*Server's signature*

Timothy SMITH
*Printed name and title*

450 Main St Htfd CT
*Server's address*

Additional information regarding attempted service, etc: