UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2012 SEP 17 P 4: 14
U.S. DISTRICT COURT
HARTFORD CT

JOE BURGOS VEGA

DOCKET NO. 3:09CV737 (VLB)

v.

August [redacted] 30th, 2012 J.B.V.

M. JODI RELL, ET AL.

Plaintiff's Motion To Compel Defendants To Make Disclosure And/or Cooperate With Discovery. And, For Payment of Expenses Incurred In Making The Foregoing Motion.

The Plaintiff moves pursuant to Rule 34 (b) and 37 (a), Fed. R. Civ. P., For an Order compelling the defendants to produce the documents and answer the Interrogatories filed (and/or submitted) on: June 30, 2011 (Plaintiff's Second Request For Production of Documents), July 11, 2011 (First Set of Interrogatories Propounded upon defendant Anthony J. Bruno), August 1st, 2011 (First Set of Interrogatories Propounded Upon Defendant Michael Bibbons), September 6, 2011 (cover letter Addressed To defendants' counsel A.A.G. Steven R. Strom), September 6, 2011

(First Set of Interrogatories Propounded upon defendant Peter Murphy), September 6, 2011 (First set of Interrogatories Propounded upon defendant Richard Furrey), September 6, 2011 (First Set of Interrogatories Propounded upon defendant Rene Keida), September 6, 2011 (First set of Interrogatories Propounded upon defendant Michael Beaudry), September 6, 2011 (First set of Interrogatories propounded upon defendant Timothy Silvis), September 6, 2011 (First set of Interrogatories Propounded upon defendant Lieutenant Silver (DHO)), September 6, 2011 (First Set of Interrogatories Propounded upon defendant Lieutenant Andrew Johnson), September 6, 2011 (First Set of Interrogatories Propounded upon defendant Lieutenant Allen), september 16, 2011 (First set of Interrogatories Propounded upon defendant Disciplinary Investigator Maureen Allen), September 16, 2011 (First Set of Interrogatories Propounded upon defendant Correctional Officer Sanchez), September 16, 2011 (First set of Interrogatories Propounded upon defendant Clifford Madison), September 16, 2011 (first set of Interrogatories Propounded upon defendant Correctional Officer Arzt),

And, September 16, 2011 (First set of Interrogatories Propounded Upon defendant Correctional Officer Sharon).

Accompanying the foregoing Motion are a Certification & Declaration that the Plaintiff has made attempts to confer with opposing counsel in a good faith effort to resolve the discovery dispute(s) without the intervention of the Court, and a detailed memorandum of law containing the specific items of discovery sought.

08-30-2012.

The Plaintiff Pro se,

Joe Burgos Vega

Joe Burgos Vega, I.D. # 130135
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, CT 06410

# CERTIFICATION

This is to certify under penalty of perjury that a copy of the Foregoing 'Plaintiff's Motion To Compell Defendants To Make Disclosure And/or Cooperate With Discovery. And, For Payment of Expenses Incurred In Making The Foregoing Motion,' has been mailed to the defendants on this 30th day of August [redacted], 2012; at:

M. Jodi Rell, et al.
C/o A.A.G. Steven R. Strom
110 Sherman Street
Hartford, CT 06105

08-30-2012.

The Plaintiff Pro se,

Joe Burgos Vega

Joe Burgos Vega, I.D.#130135
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, CT 06410