# Exhibit H

(Handwritten copy)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOE BURGOS VEGA DOCKET NO. 3:09CV737 (VLB)

V.

M. JODI RELL, ET AL. JUNE 29, 2012

Dear A.A.G. Steven R. Strom,

Sir, this is my third Good Faith letter to the defendants attempting to have them comply with discovery requests, such as:

1. A Certified Copy of the July 27, 2011 deposition of Joe Burgos Vega (myself) transcripts; and
2. Replies and Compliances to all my discovery Requests; i.e. Interrogatories & Request for Production of Documents, etc.

If there happens to be any objection and/or disagreement over any of the discovery requests please identify. Maybe we can resolve the disagreement without Court intervention. However, I would expect compliance with the discovery Requests that are not in contention.

Continued on backside →

I look forward to hear from you soon. You may consult with me in attempt to arrive at a possible and reasonable settlement in this action suit, as you know, I am Pro se'.

June 29, 2012

Respectfully,
Joe Burgos Vega

Joe Burgos Vega, I.D. #130135
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, CT 06410

H/cc: A.A.G. S. Strom
self
Docket file 3:09 cv 737 (VLB)

P.S.
My line Grievances & Administrative Remedy Appeals are being administratively deprived. I'm trying to avoid another litigation.