UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOE BURGOS VEGA

DOCKET NO. 3:09CV737 (VLB)

v.

NOVEMBER ~~22~~ 26, 2012

M. JODI RELL, ET AL.

PLAINTIFF'S EXHIBIT LIST AND SUMMARY

The Plaintiff submits the foregoing exhibit List and Summary pursuant to Local Civil Rule 83(6)(b).

1. 09-06-2011 First set of Interrogatories propounded upon Defendant Peter Murphy.

2. 10-14-2011 Defendant Murphy's responses to Plaintiff's First set of Interrogatories.

A. Interrogatories & Answers.

B. Line Grievance IGP No. 137-06-190
Re: No Halal holiday packages for Muslims.

Defendants Object.

C. Line Grievance IGP No. 137-06-226 Re: Exposure to dangerous Bio-Hazardous body fluids in cells & Retaliation.

Defendants Object.

D. Line Grievance IGP No. 137-07-125
Re: Denials of weekly Jumah, Eid-ul-Adha, and Eid-Al-Fitr.

Defendants Object.

E. Line Grievance IGP No. 137-07-147
Re: Retaliatory actions of Anthony J. Bruno.

Defendants Object.

F. Line Grievance IGP No. 137-07-180
Re: Deprivation of an Islamic Religious Article.

Defendants Object.

G. Line Grievance IGP NO. 137-08-027
Re: Rene Keida Retaliation Fax and Warden Murphy's Kicking my assigned cell door stating "sue me".

Defendants Object.

H. Line Grievance IGP NO. 137-08-043
Re: Jolly Ranchers a "Haram" item sold and certified on Commissary as an "Halal" item.

Defendants Object.

I. Line Grievance IGP NO. 137-08-049
Re: Common Fare menu Foods & ingredients not Halal.

Defendants Object.

J. Line Grievance IGP NO. 137-08-052
Re: Deplorable dirty & stinking prayer rugs at multipurpose rooms and request for incense/air freshners.

Defendants Object.

K. Line Grievance IGP No. 137-08-156
Re: Music CD Cersorship - 30% markup, and 6% tax.

Defendants Object.

L. Line Grievance No. 137-08-219
Re: Denial to receive donated CD'S and/or to purchase religious CD'S.

Defendants Object.

M. Line Grievance IGP No. 137-08-218
Re: Denial of Zabihah meats for the Eid-ul-Adha and Eid-Al-Fitr but reflects the Retaliation claim.

Defendants Object.

N. Line Grievance IGP No. 137-08-282
Re: Request to purchase a "PenMan Digital Qurán".

Defendants Object.

3. Settlement of Eddie Gilchrist #122276
Keith Johnson, et al. v. Governor Rowland, et al.
Docket No. 3:95CV2645 (DFM).

Defendants object.

4. 2006 Holiday Program Notice Display of Packages #1 through #7.

5. CT General Population Holiday Order Form (11/11).

6. General Population Order Form (04/12).

7. The Business Link Directory (2004-2005) For Muslims, Foods, Religious Books, Religious Articles, etc.

Defendants object.

8. CT DOC Adm. Dir. 6.10, 'Inmate Property'.

9. Plaintiff's Interrogatories and request for documents propounded upon Michael Beaudry.

10. Inmate Request Form M-WCI (Rev. 6/2001) addressed to Ms. Alba Delvalle (Beyond Fear Facilitator) Dated: 04/26/2006.

Defendants Object.

11. Affidavit of Jesse Maroney #289241.

Defendants Object.

12. MRSA & Infectious Disease Presentation.

A. Date 5/4/09

Defendants object.

B. Date 6/24/09

Defendants Object.

C. Questions & Answers about MRSA

Defendants Object.

13. Connecticut Department of Correction MacDougall-Walker CI Inmate Handbook (Rev. August 2006).

Defendants object.

14. 07/27/2011 Deposition of Joe Burgos Vega.

Defendants Object.

15. Line Grievance IGP No. 137-06-226
Re: Biohazardous & Dirty & Deplorable Conditions.

Defendants object.

16. Plaintiff's First set of Interrogatories propounded upon defendant Anthony J. Bruno - Dated: 07-11-2011.

Defendants Object.

17. Defendant Bruno's responses to Plaintiff's First set of Interrogatories.

Defendants Object.

18. Forms:

A. Purchase of religious items not sold in the Commissary;

Defendants Object.

B. General Population Order Form;

Defendants Object.

C. Hot Pot Order Form;

Defendants Object.

D. Religious Articles - General Population - All levels Commissary Order Form;

E. CT DOC Commissary Special Request Form For Electronics (Rev. 05/11/11);

Defendants Object.

F. District II Commissary CD & Nintendo Game Order Form;

Defendants Object.

G. DS Game(s);

Defendants Object.

H. Art Supplies Commissary Order Form (Rev. 07/20/2007);

Defendants Object.

I. Music Order Form;

Defendants Object.

J. Special Order Section - Male;

Defendants Object.

K. CT DOC Sneaker Order Form Male (Rev. 08/09/10).

Defendants Object.

19. Qurán. 58:11

Defendants Object.

20. Sahih Al-Bukhari pg. 88, 96-97.

Defendants Object.

21. Music by Mail catalog 2012 Cover, table of Contents, pgs. 52-53, 58, 59, 77-78.

Defendants Object.

22. Hadith Sunan Ibn Majah, vol. 1, # 758;

Defendants object.

23. Line Grievance IGP No. 137-07-040
Re: Denial to purchase religious item/article Khuffs (Islamic Leather Socks);

Defendants object.

24. Hadith Ibn Majah, vol. 1, pgs. 295-302;

Defendants object.

25. Reliance of the Traveller, pgs. 67-70
Re: Khuffs;

Defendants object.

26. Line Grievance IGP NO. 137-07-078
Re: Denial of Authorization To purchase:

A. Islamic Five Daily Prayers Alarm Clock;

B. Qiblah Compass;

C. A pair of Islamic Khuffs;

D. Halal soaps & Lotions, toiletries, etc.

Defendants object overall to Exhibits 26 (A) – (D).

27. UFI Catalog;

Defendant Object.

28. Halalco Books Catalog, pgs. 12, 21, 28.

Defendants object.

29. Islamic bookstore.com Catalog, pg. 0.

Defendants Object.

30. Line Grievance IGP No. 137-07-358
Re: Request for CT DOC Commissaries to make 'Halal Certified' Cosmetics available for sales through commissaries;

Defendants object.

31. Line Grievance IGP No. 137-07-180
Re: Denial to return my Islamic Male Silver Ring Central to the Practice of my Religion.

Defendants Object.

32. Inmate Request addressed to Warden Sieminski replied by Captain Beaudry;

Defendants Object.

33. Inmate Property Valuables and document receipt # 01533, dated: 10/24/2006;

Defendants object.

34. Affidavit of Iman Askia, a.k.a. Glenn Sullivan. Dated: March 31, 2006;

Defendants Object.

35. Defendant Correctional Officer Sanchez' Responses to Plaintiff's Interrogatories and Request For Documents;

Defendants object.

36. Defendant Clifford Madison's Response to Plaintiff's Interrogatories and Request For Documents.

Defendants object.

37. M-WCI 0609058 & M-WCI 0609065 Documents 1-69, then #16-34. Disclosed by Madison & Sanchez;

Defendants object.

38. Defendant Lieutenant Andrew Johnson's Responses to Plaintiff's Interrogatories and Request For Documents;

Defendants object.

39. A. Health Line Grievance IGP No. M137-06-326;

Defendants object.

B. Inmate Line Grievance IGP No. 137-08-027 RE: Murphy Kicking the door. "sue me", & Keida's Retaliation "fax".

Defendants object.

40. Line Grievance IGP No. 137-08-043 Re: Haram Jolly Ranchers marked and advertized as Halal, therefore, causing consumption of Islamic Forbidden Foods.

Defendants object.

41. Noble Qurán: pg. 34, 118, 141, 142, 143, 190 (will mail);

Defendants object.

42. A comprehensive list of Halal Food Products in U.S. Supermarkets;

Defendants object.

43. Halal & Haram Food in North America;

Defendants object.

44. Line Grievance IGP NO. 137-08-049 Serving Haram Cheese (Warden Murphy).

Defendants object.

45. Line Grievance IGP No. 136-08-175 Garner CI regarding not using teal blue trays for breakfast. J. Dzurenda Compromised the problem. Continues to exist throughout the CT DOC.

Defendants object.

46. Line Grievance IGP NO. 137-08-199 Haram Food ingredients in Common Fare Food Servings.

Defendants object.

47. Defendants' Michael Biben responses to Plaintiff's First set of Interrogatories.

Defendants object.

48. FOI Request to Anthony J. Bruno; FIC #2011-123 Dated: 07-11-11.

Defendants object.

49. Imam Askia & Letter to Religious Services Re: Worms & Maggots in Common Fare Food.

Defendants object.

50. Listing of obtained exhibits from the Kitchen being served as common fare.

Defendants object.

51. U.S. recognized Kosher Certified symbols.

Defendants object.

52. Declaration of Jesse Maroney # 289241. 11 pgs;

Defendants object.

53. 'Memorandum Common Fare program. Feb. 27, 2001 Re: 'All Common Fare Ingredients'.

Defendants object.

54. Article 'Wall Street Journal'. High prices of 'Kosher', and compatible prices of 'Halal'.

Defendants object.

55. Over 26 pgs. of receipt and inmate requests Corresponding with Capt. Beaudry, Counselor Vadnais, c/o Arzt, c/o McCormick, etc. about replacement property.

Defendants object.

56. Defendant Kevin Arzt's responses to Plaintiff's Interrogatories and request for documents.

Defendants object.

57. Sec. 18-81-31 (A)(B)(C) 'Outgoing general Correspondence' review, inspection, and rejection.

58. Maureen Allen's responses to Plaintiff's Interrogatories and request for documents.

"No objection."

59. Lt. Thomas Allen's responses to Plaintiff's Interrogatories and request for documents. "No objection."

60. Inmate requests complaining about delayed mail outgoing and incoming;

Defendants object.

61. Defendant Neil Cormier responses to Plaintiff's Interrogatories and request for documents;

62. Defendant Rene Keida's responses to Plaintiff's Interrogatories and request for documents;

63. original Inmate Administrative Remedy form Disciplinary Appeal M-WCI 0804087;

64. Declaration of Damon L. Joyner, #186554;

Defendants Object.

65. Civil Action: Judson H. Brown v. Wayne Choinski, Peter Murphy, K. Arzt;

Defendants object.

66. Inmate requests asking for due rolls of toilet paper which was not passed-out;

67. PIOUS SHAHADA Form.

Defendants object.

68. Disciplinary Report WRSMU- 9612050.

69. Inmates' Legal Assistance Program letter dated April 8, 1998;

Defendants object.

70. Line Grievance IGP No. 136-08-169 Re: Retaliatory transfer & religious profile;

Defendants object.

71. FOI Docket No. FIC 2008-630 Re: Transfer & Profile – Unsubstantiated information;

Defendants object.

72. Lost/damage property investigation form 136-08-P-0030 Re: Broken Boombox;

Defendants object.

73. Suit for retaliation: Vernon Braswell #113932;

Defendants object.

74. Sec. 18-81-2 Personal Data;

Defendants object.

75. Administrative Appeal – Maureen Allen;

Defendants object.

76. Affidavit of Anthony J. Bruno;

Defendants object.

77. Affidavit of Ralph Carucci;
Defendants object.

78. Affidavit of Robert E. Frank;
Defendants object.

79. Affidavit of Abdul Majid Karim Hasan;
Defendants object.

80. CT DOC. Adm. Dir. 2.17 (Employee Conduct);

81. CT DOC Adm. Dir. 9.5 (Code of Penal Discipline);

82. Unavailable CD's from Commissary.
Defendants object.

83. Defendants response to Plaintiff's request for disclosure of and production of information and documents. October 31, 2011;

84. Defendants' response to Plaintiff's second request for production of documents;
Defendants object.

85. Back (ingredients) of Jolly Ranchers;
Defendants object.

86. Letter to Bruno from Dr. Abdul Hamid.
Defendants object.

87. Correspondence between Abdul Majid Karim Hasan and Rene Kelda;
Defendants object.

88. Contract "Muhammad Islamic Center" pgs. 1-3. Services to be provided;
Defendants object.

89. CT DOC approved vendors list;

90. Fax of Rene Keida to Bruno - Wethersfield, CT asking to transfer Joe Vega;
Defendants object.

91. Depositions:

A. Joe Burgos Vega;
Defendants object.

B. Michael Constantopoulos;
Defendants object.

C. Bilal Ansari;
Defendants object.

D. Sufu Hashim;
Defendants object.

E. Jawad Ashraf;
Defendants object.

F. Abdullah Antepli;
Defendants object.

G. Glenn Sullivan;
Defendants object.

92. Depositions:

A. Anthony J. Bruno;
Defendants object.

B. Abdul Majid Karim Hasan;
Defendants object.

C. Rene Keida;
Defendants object.

D. Robert Frank;
Defendants object.

E. Robert DeVeau;
Defendants object.

F. Brian Murphy;

Defendants object.

G. Theresa Lantz;

Defendants object.

93. KiTaabul Iman, pgs. 94-95;

Defendants object.

94. Joe Burgos Vega Affidavit;

95. Declaration of Angel Gonzalez # 224682

November 26, 2012.

The Plaintiff Pro se,

[signature]

Joe Burgos Vega, I.D. #130135
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

CERTIFICATION

This is to certify under penalty of perjury that a copy of the foregoing "Plaintiff's Exhibit List AND SUMMARY" was mailed to the defendants on this 26 day of November, 2012; at:

M. Jodi Rell, et al.
c/o A.A.G. Steven R. Strom
110 Sherman Street
Hartford, Connecticut 06105

November 26, 2012.

The Plaintiff Pro se,

[signature]

Joe Burgos Vega, I.D. #130135
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410