UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2012 DEC 11 P 12:48

JOE BURGOS VEGA DOCKET No. 3:09CV737 (VLB)

v. DATE: ~~11~~ 12 / ~~09~~ 07 / 2012.

M. JODI RELL, ET AL.

PLAINTIFF'S LIST OF WITNESSES

1. The Plaintiff Joe Burgos Vega ("the Plaintiff" and/or "Mr. Vega") i.d. #130135. Cheshire Correctional Institution; 900 Highland Avenue, Cheshire, Connecticut. Mr. Vega will testify to the allegations in his Amended Complaint, his secular and Religious education, previous employment, organization membership, etc. (180 minutes)
2. Norman Gaines #249779. Garner Correctional Institution; 50 Nunnawauk Road, Newtown, Connecticut. Mr. Gaines will testify to the defendants' logging inaccurate and unreliable information on the Plaintiff's records causing intensional and willful adverse determinations and actions based on inaccurate and unreliable information on the Plaintiff's Prison records. (40 minutes).
3. Tommie Martin #271452. Mr. Martin will testify to the campaigning of retaliation the defendants have and continue against the Plaintiff, the deplorable conditions of the Cheshire Correctional Institution's Islamic Prayer rugs used for Congregational gatherings and worship, the Islamically forbidden foods and beverages being served on the common fare menu, no Holiday Packages for the Muslim inmates during the once a year offer and sales through the prison commissary, space limitation 6 square feet yet many Muslim inmates need Islamic study books to further their education in the Islamic practices of worship and belief. (90 minutes). Cheshire Correctional Institution.

4. Peter Gonda # . MacDougall-Walker Correctional Institution; 1153 East Street south, Suffield, Connecticut. Mr. Gonda will testify to being a long time kitchen worker at Garner CI, Cheshire CI, and MacDougall-Walker CI and being familiar with the Common Fare's foods and ingredients not in conformity with Islamic Halal certification and Connecticut Department of Correction's Food Services' Policy from food preparation to and throughout servings; the level of discrimination the defendants subject Muslims and those who file complaints against them. (60 minutes).

5. Alexander Lacks #82822. Cheshire Correctional Institution; 900 Highland Avenue, Cheshire, Connecticut. Mr. Lacks will testify to the deplorable conditions in (but not limited to) prison cells, the deplorable dirty and stinking conditions of the MacDougall-Walker Correctional Institution's Islamic prayer rugs, and the deplorable dirty and stinking conditions of the Cheshire Correctional Institution's Islamic Prayer rugs used for all Islamic congregational worship and services; and, the poor sanitation practices at the Food services kitchen, etc. (60 minutes).

6. Tajah S. McClain #232694. Cheshire Correctional Institution; 900 highland Avenue, Cheshire, Connecticut. Mr. McClain will testify to the Plaintiff was fed gelatin, vanilla icecream, juice, and foods used in the Common Fare Menu. (40 minutes).

7. Wilfredo Gonzalez # 289303. Mr. Gonzalez will testify to the deplorable and biohazardous prison conditions in and out of cells. In addition, he will testify how he contracted a condition that rotted some if not most of his nails thats not being treated by prison officials. (30 minutes). Cheshire Correctional Institution; 900 Highland Ave., Cheshire, CT.

8. John Vivo # 204103. Mr. Vivo will testify to the food labels of products and foods served on the Common Fare Menu, and how the food products the defendants allege are being served, are not being served. Instead other but similar food products with different labels. (60 minutes). Cheshire Correctional Institution, 900 Highland Ave.; Cheshire, CT

9. Judson H. Brown # . Mr. Brown will testify to being penalized for utilizing a protected Constitutional Right, i.e. writing to the Court for information, by the defendants Peter Murphy, Kevin Arzt, and their cohorts. Mr. Brown filed a Section 1983 Action for the mentioned violations and is represented by Attorney John R. Williams; 51 Elm street, New Haven, Connecticut 06510. (30 minutes).

10. Velmon Braswell # 113932. Mr. Braswell will testify to how he was the subject of retaliation by the defendants and/or their cohorts. In addition, he will testify to the level of protection the defendants are willing to go to - to protect a co-worker suspect or known of committing a wrong. Even to give false testimoney. (60 minutes)
Cheshire Correctional Institution; 900 Highland Ave., Cheshire, CT

11. Angel Gonzalez # 224682. Mr. Gonzalez will testify to deputy Warden Laureen Powers being unfair and bias (bigot) toward Muslims from personal experiences. (20 minutes).
Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT.

12. Syed Rasheeuddin Ahmed, 10685 Rushmore Lane Huntley, Illinois 60142. Mr. Syed Rasheeuddin Ahmed will testify as an expert. Mr. Ahmed is a senior food scientist consultant. He is the founder and president of Muslim Consumer Group for Food Products. Muslim Consumer Group for Food Products is educating Muslims throughout the world (the Plaintiff) about food ingredients and products. Muslim Consumer Group ("MCG") is also providing service for Halal food certification of food ingredients and products since 1993. Mr. Ahmed has started writing the Halal food book "A Comprehensive List of Halal Food Products in US supermarkets" since 1991. MCG has established

two well known Halal food websites. The www.muslimconsumergroup.com website for USA was established in 2000 and logged in over 114 countries with a million hits in June 2009. The www.canadianhalalfoods.com website for Canada was established in 2006. Mr. Ahmed answered questions from Muslim consumers throughout the world through two websites, toll free phone number for US and Canada and emails about food ingredients and food products.

Mr. Ahmed earned a M.Sc (Agriculture) degree in Horticulture from AP Agriculture University Hyderabad, India and has a MS degree in Cereal Chemistry and Technology from North Dakota State University Fargo, North Dakota. He gave several presentations including the role of US food industry experience in Halal food education and Halal certification at Halal Foods Conference Conducted by KUIM at Futrajaya Marriott in Futrajaya, Malaysia on September 29, 2004. The International Association of Food Protection Organization Des Moines, Iowa has invited Mr. Ahmed to give a presentation on food protection of Halal Foods in USA for Food Protection Seminar at Orlando, Florida in July 2007. Several masajid in USA has invited him to give lectures on Halal foods.

Mr. Ahmed established the not for profit MCG organization while working for US Food industries. He developed 18 new retail food products for supermarkets for various food Companies including (10) ten new Bagel products for Kraft Foods USA under Lender's Bagel bakery brand. He developed number one selling Frozen Big N Crusty bagels which brought 50 million dollars per year in sale to Kraft Foods USA. He also developed two Biscotti and one Cookie products for Nabisco. Four new nutritional bars were developed by him in 2003 for MLO Products. Besides retail supermarket food products, he also developed 22 stuffing crumb products for food service markets for Newly Wed Food Company in Chicago. Recently he developed a healthy Halal Orchard Fruits Nuts bars for Starbucks Coffee company in 2007 working as a Senior Food Scientist consultant for Eli's Cheesecake company in Chicago. He has over 30 years of US food industry experience including product development, quality assurance, nutritional analysis and hands on experience in food plants.

Mr. Ahmed donated his Halal Foods research work in supermarkets to Islamic Community of Fairfield County, Connecticut for raising funds to build a Masjid in Monroe, Connecticut in 1991. The ICFC has published

four editions of his work. The Muslim Consumer Group ("MCG") has published his Halal Foods research work in supermarkets in several editions.

Syed Rasheeduddin Ahmed is also educating US food scientists and food companies in USA and Canada about Halal food products by writing a technical article "Formulating Halal Foods" in "Prepared Foods" magazine which is a US food industry leading foods and beverages publication.

Muslim Consumer Group ("MCG") is a not for profit, non political organization and its tax exempt number is 36-4182785. MCG address is 10685 Rushmore Lane Huntley, IL 60142 and its toll free phone number for US and Canada is 877-515-1009. MCG may also be reached by Halalfoods@hotmail.com email address. Mr. Ahmed will testify to the identification of Haram (Islamically forbiden) ingredients in (A) The Common Fare Menu Foods and Beverages; and, (B) Jolly Ranchers; and, (C) cosmetics. (180 minutes).

13. Jesse Maroney #289241. 35 South Street, Bethel, Connecticut 06801-2514. Mr. Maroney will testify to the campaigning of retaliation

the defendants inflicted upon the Plaintiff while at the MacDougall-Walker Correctional Institution, the deplorable dirty, stinking, and old conditions of the Islamic Prayer rugs used for congregational gatherings and worship at MacDougall-Walker Correctional Institution and the Cheshire Correctional Institution. He will also testify to the deplorable conditions in cells at MacDougall-Walker Correctional Institution and at Cheshire Correctional Institution. (60 minutes).

14. Damon L. Joyner. Federal Bureau Of Prisons. Mr. Joyner will testify to witnessing the Nasty and deplorable Cell conditions at the MacDougall-Walker Correctional Institution Restrictive Housing Unit ("RHU") where the defendants placed and celled the Plaintiff. In addition, He will testify to the Plaintiff requesting to be placed in an other cell yet the defendants' cohorts refused, the Plaintiff Couldn't perform his Essential five daily prayers. (30 minutes). State of Connecticut I.D.# was 186554.

15. Glenn Sullivan, a.k.a. Imam Askia Muhammad ("Mr. Sullivan" and/or "Imam Askia Muhammad"). 86 St. James Avenue, Springfield, MA 01109. Imam Askia Muhammad will testify as an expert, based upon his more than 20 plus years of delivering Islamic services to inmates in the Connecticut Department of Correction ("CT DOC"); he will testify to his background, training and experience, both in the study of Islam and as an Imam delivering Islamic services to inmates, including his experience in the CT DOC and with the defendants; he will testify how the defendants have crafted exaggerated fears to justify emplementing unjust regulations, directives, policies and practices with the intent to affect Muslim inmates (the Plaintiff) most under the pretext that all inmates are subjected to such regulations, directives, policies and practices. His testimony will include, but is not limited to, facts expressed in his deposition in Vega v. Lantz, et al. Docket No. 3:04CV1215 (DFM). His testimony will show that the defendants have deliberately discriminated against the Plaintiff (and other Muslim inmates) by placing policies, regulations, directives, and practices that infringes on the Plaintiff's (and other Muslims') free exercise of Religion. (120)

16. Correctional Officer Correa. MacDougall-Walker Correctional Institution ("M-WCI"); 1153 East street South, Suffield, Connecticut 06080. Correctional Officer Correa will testify to witnessing and experiencing discrimination from his colleagues - the defendants - for being a Muslim correctional officer at M-WCI. (45 minutes).

17. James Vadnais. MacDougall-Walker Correctional Institution ("M-W CI"); 1153 East street south, Suffield, Connecticut 06080. Mr. Vadnais is a Counselor and Line Grievance Coordinator at the M-WCI. He will testify to his role as counselor and Grievance Coordinator, his involvement in the Plaintiff's exhaustion of Administrative Remedies as well as that of the defendants'; he will also testify to facts pertaining to the Plaintiff's - but not limited to - Thirteenth (13) Cause of Action, Eighteenth (18) Cause of Action, Twentieth (20) Cause of Action, Twenty-First (21) Cause of Action, all remaining Causes of Actions; In addition he will testify to his role and involvement of being a middle person communicating between defendants and the Plaintiff, via inmate request system, etc. (90 minutes).

18. Abdullah Antepli. Mr. Abdullah Antepli will testify as an expert, he is former associate director of the Islamic Chaplaincy program at the Hartford (Connecticut) seminary - the Nation's first and only accredited American Theological School's ("ATS") accredited Chaplains program. Mr. Abdullah Antepli ("Mr. Antepli") is now Professor of Islamic and Theological Studies at Duke University, Durham, North Carolina. Mr. Antepli ("professor") will testify toward the validity of the Plaintiff's requests to the defendants as being central toward the Plaintiff's beliefs and practices.

Professor Abdullah Antepli's expert opinions will include, but are not limited to, the opinions expressed in his deposition in Vega v. Lantz, et al. 3:04CV1215 (DFM). His opinions will amply demonstrate that the defendants crafted Rules, policies, and/or actions burdens the Plaintiff's free excercise of Religion in ways that compels the Plaintiff to modify his excercise of Religion in ways that are forbiden in Islam. (120 minutes).

19. Sufu Hashim. WTCC - Cross Roads - 1 Armory Square, Springfield, MA. 01105. Telephone # 1-866-736-2781. Mr. Hashim will testify based upon his more than (20) twenty years of delivering Islamic services to inmates in the Connecticut Department of Correction ("CT DOC"); he will testify to his background, training and experiences, including his experiences in the CT DOC and with the defendants. His testimony will include, but is not limited to, facts expressed in his deposition in <u>Vega v. Lantz, et al.</u> Docket No. 3:04CV1215 (DFM). In addition, Mr. Hashim will testify to knowing the Plaintiff to be a sincere practicing Muslim. (90).

20. Bilal Ansari. Masjid Al-Islam; 624 George Street, New Haven, Connecticut 06511. Bilal Ansari ("Mr. Ansari") will testify to his experiences as an Islamic Chaplain to Connecticut Department of Correction inmates relevant to this complaint, including his experiences with the defendants and Mr. Abdul Majid Karim Hasan. His testimony will include, but is not limited to, facts expressed in his deposition in <u>Vega v. Lantz, et al.</u> Docket No. 3:04CV1215 (DFM). Mr. Ansari's

testimony will show that the defendants are endoroing Chaplains out-of heretical-non orthodox- methodologies and applying standards nonexisting under the Four Islamic legal Cannon Laws. In addition, Mr. Ansari will testify to knowing Mr. Abdul Majid Karim Hasan nearly all his life, being a former member of Mr. Hasan's Islamic Center, and that Mr. Hasan's ideologies emerged out of a sect-like cult known as 'The Nation of Islam'. That the Nation of Islam's pristine Character is/was working against traditional "Sunni" (orthodox) Islam. Last but not the least Mr. Ansari will testify to the defendants' campaigning discriminate actions against Islamic Chaplains of orthodox Islam by and/or with false reports/allegations, and by and with threats and intimidation. (180 minutes).

21. Jawad Ashraf, ("Mr. Ashraf") will testify to his experiences as an Islamic Chaplain to Connecticut Department of Correction inmates relevant to this complaint, including his experiences with the defendants. His testimony

will include, but is not limited to, facts expressed in his deposition in Vega v. Lantz, et al. Docket No. 3:04CV1215 (DFM). Last but not the least Mr. Ashraf will testify to the defendants' campaigning discriminate actions against Islamic chaplains of Orthodox Islam by and/or with false reports/allegations, etc. Point the Plaintiff will make is that if the defendants retaliate against their colleagues to retaliate against a (Plaintiff) inmate is much easier. (60 minutes).

22. Dr. Abdul Hamid. Connecticut Council of Masajid; P.O. Box 4456, Hamden, Connecticut 06514. Tel. (203) 562-2757. Dr. Abdul Hamid ("Dr. Hamid") will testify as an expert. He is the Director of the Connecticut Council of Masajid. Dr. Hamid will testify to contacting the defendants, Anthony J. Bruno and Rene Keida, offering his assistance in resolving discontents of many "Sunni" Muslims (the Plaintiff) in the Connecticut Department of Correction. His opinions will amply demonstrate that Islam is a very Compassionate Religion, but very few principles lend to compromise. In addition,

that the defendants' reinventions (by way of their Advisor Abdul Majid Karim Hasan) are not acceptable to "sunni" Muslims' (the Plaintiff's) excercise of Religion. His testimony will help clarify how in "Sunni" Islam there are only four (4) authentic methodologies that are acceptable. And, how those who follow real ("sunni") Islam cannot deviate beyond those parameters. (120 minutes).

23. Durmus Avci. MacDougall-Walker Correctional Institution; 1153 East street South, Suffield, Connecticut 06080 ("M-WCI"). Mr. Durmus Avci will testify to some issues in this case relating to the defendants while the Plaintiff was housed at the M-WCI. (45 minutes).

24. Kennith Muhammad. Garner Correctional Institution ("GCI"); 50 Nunnawauk Road, Newtown, Connecticut 06470. Mr. Kennith Muhammad ("Mr. Muhammad") was the Islamic Chaplain at the GCI during the time frame of the incidents alleged in the Plaintiff's Amended Complaint. Mr. Muhammad will testify to the "Religious Separation Profile" placed on the Plaintiff by the defendants due to their logging false,

wrong, and unreliable information on the Plaintiff's Prison records. In addition, Mr. Muhammad will testify to witnessing additional harms on the Plaintiff due to the same false, wrong, and unreliable information. (60 minutes).

25. Reverend Calabrese. Garner Correctional Institution; 50 Nunnawauk Road, Newtown, Connecticut 06470. Reverend Calabrese was the Religious Coordinator at the Garner Correctional Institution during the time frame of the incidents alleged in the Plaintiff's Amended Complaint. Reverend Calabrese will testify to the "Religious Separation Profile" placed on the Plaintiff by the defendants due to their logging False, wrong, unreliable and retaliatory information on the Plaintiff's Prison records. (30 minutes).

26. Captain Polaka. Garner Correctional Institution ("GCI"); 50 Nunnawauk Road, Newtown, Connecticut 06470. Captain Polaka was the unit manager at the Garner Correctional Institution during the time frame of the incidents alleged in the Plaintiff's Amended Complaint. Captain Polaka will testify to the "Religious Separation Profile" placed on the Plaintiff by the defendants due to their logging

false, wrong, unreliable and retaliatory information on the Plaintiff's Prison records. In addition, Captain Polaka will testify to witnessing additional harms on the Plaintiff due to the same false, wrong unreliable retaliatory information. (30 minutes).

27. Correctional Officer McCormick ("Mr. McCormick"). Northern Correctional Institution ("NCI"), formerly assigned to MacDougall-Walker Correctional Institution, 265 Bilton Road, Sumers, Connecticut. Correctional Officer McCormick will testify to his participation as they relate to the allegations in this case during the Plaintiff's stay at MacDougall-Walker Correctional Institution. (20 minutes).

28. Yahya Abdul-Shakoor ("Mr. Shakoor"). York Correctional Institution ("YCI"), formerly assigned to Cheshire Correctional Institution, 201 West Main street Street, Niantic 06357. Mr. Shakoor will testify to witnessing the defendants' retaliation campaign against the Plaintiff, and other facts pertaining to the Plaintiff's Amended Complaint. (25 minutes).

29. Kitchen supervisor Silliman ("Mr. Silliman"). Cheshire Correctional Institution ("CCI"); 900 Highland Avenue, Cheshire, Connecticut 06410. Mr. Silliman will testify to type of labels and ingridients that were/are being served to the Plaintiff (and other Muslims) in the Common Fare diet. In addition, what actions were taken/not-taken when the Plaintiff detected Haram foods and ingridients in his Common Fare menu servings due to Regulations and procedures, etc., implimented by the defendant(s) Michael Bibens and others. (30 minutes).

30. Commercial Cleaning Instructor Mr. Bosco ("Mr. Bosco"). Cheshire Correctional Institution ("CCI"); 900 Highland Avenue, Cheshire, Connecticut 06410. Mr. Bosco is the Commercial Cleaning Instructor at CCI. Mr. Bosco will testify to his areas of experties and education relating to Commercial Cleaning; how he had to educated and train inmates for MRSA and cleaning Certification. In addition, he will testify to witnessing adverse actions taken against the Plaintiff due to False, wrong, unreliable and retaliatory information on the Plaintiff's prison records. When the Plaintiff

attempted to enroll in his vocational Education Class. (45 minutes).

31. Alba DelValle ("Mrs. Delvalle"). MacDougall-Walker Correctional Institution ("M-WCI"); 1153 East Street South, Suffield, Connecticut 06080. Mrs. Delvalle was/is the Beyond Fear Facilitator at M-WCI. She will testify to information related to infectious deseases, how they're spreaded and contracted. In addition, Mrs. Delvalle will testify to informing the Plaintiff (and the Class) the fact that approximately 71% of the Connecticut Department of Correction Inmate Population are HIV possitive. This information is very alarming. (60 minutes).

32. Clifton Leonhardt ("Mr. Leonhardt"). Freedom of Information Commission; 18-20 Trinity Street, Suite 100, Hartford, Connecticut 06106. Mr. Leonhardt will testify to his role and involvement in the Plaintiff's Freedom of Information Application titled: Vega v. Director Docket No. FIC 2008-630. Furthermore, Mr. Leonhardt will testify to the defendants' covering-up for each other in regard to the "Religious Separation Profile", and being

informed how Connecticut Department of Correction Administrative policies and procedures were not followed. Mr. Leonhardt's testimony will show how the defendants abused their authority acting under Color of State law to retaliate against the Plaintiff. (20 minutes).

33. Nicole J. Anker ("Mrs. Anker").
Connecticut Department of Correction ("CT DOC");
24 Wolcott Hill Road, Wethersfield,
Connecticut 06109. Mrs. Anker will testify to being involved in the Plaintiff's Freedom of Information Application and Request for documents. She will testify to the information she was exposed to, who she got the information from, where and how, and her reply to Mr. Clifton Leonhardt at the Freedom of Information Commission; 18-20 Trinity street, Hartford, Connecticut 06106.

II.

All the foregoing 33 witnesses are expected to testify should the remaining 13 Claims remain in the case.

III. TOTAL TIME ESTIMATED FOR ALL WITNESSES.

A. Total minutes: 2,160 Estimated Minutes;

B. 2,160 Estimated Minutes = 36 Estimated Hours;

C. The Estimated 36 Hours of direct examination does not count cross examination, etc.

Date: ~~November 9th~~ December 7th, 2012.

The Plaintiff Pro se,

[signature]

Joe Burgos Vega, I.D. #130135
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410

## CERTIFICATION

This is to certify under penalty of perjury that a copy of the foregoing "Plaintiff's List of Witnesses" was mailed to the defendants on this ~~9th~~ 7th day of ~~November~~ December, 2012; at:

M. Jodi Rell, et al.
c/o A.A.G. Steven R. Strom
110 Sherman Street
Hartford, Connecticut 06105

Date: ~~November 9~~ December 7th, 2012.

The Plaintiff Pro Se',

[signature]

Joe Burgos Vega, I.D. #130135
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410