UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOE BURGOS VEGA | : | CIVIL NO. 3:09CV737 (VLB) |
| V. | : | |
| M. JODI RELL, ET AL. | : | JUNE 5, 2013 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter our appearance as counsel for the defendants in the above-captioned case, in addition to the appearance of Assistant Attorney General Steven R. Strom.

Dated at Hartford, Connecticut, this 5th day of June, 2013.

DEFENDANTS
Murphy, Keida, Furrey, Beaudry, Silver, Johnson, Sanchez, Allen, Bruno, Doe, Allen, Madison, Arzt, Silvis, Bibbons, Sharon and Cormier

GEORGE JEPSEN
ATTORNEY GENERAL

BY: ______________________

Edward Wilson, Jr.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: e.wilson@ct.gov
Federal Bar #ct29119

FILED
2013 JUN -6 P 3:33
US DISTRICT COURT
HARTFORD CT

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of June, 2013:

Joe Burgos Vega #130135
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Edward Wilson, Jr.
Assistant Attorney General