UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOE BURGOS VEGA | : | CIVIL NO. 3:09CV737 (VLB) |
| V. | : | |
| M. JODI RELL, ET AL. | : | JUNE 19, 2013 |

APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for the defendants in the above-captioned case, in addition to the appearances of Assistant Attorneys General Steven R. Strom and Edward Wilson, Jr.

Dated at Hartford, Connecticut, this 19th day of June, 2013.

DEFENDANTS
Murphy, Keida, Furrey, Beaudry, Silver, Johnson, Sanchez, Allen, Bruno, Doe, Allen, Madison, Arzt, Silvis, Bibbons, Sharon and Cormier

GEORGE JEPSEN
ATTORNEY GENERAL

BY:________/s/____________________

Steven M. Barry
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: steven.barry@ct.gov
Federal Bar #ct07825

**CERTIFICATION**

**I hereby certify that a copy of the foregoing was mailed to the following on 19th day of June, 2013:**

**Joe Burgos Vega #130135**
**Cheshire Correctional Institution**
**900 Highland Avenue**
**Cheshire, CT 06410**

**/s/**
**Steven M. Barry**
**Assistant Attorney General**