UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOE BURGOS VEGA DOCKET No. 3:09CV737 (VLB)

PRO SE FILING

V.

M. JODI RELL, ET AL. DATE: JULY 25, 2013

PLAINTIFF'S MOTION FOR **PRO TEMPORE** ORDER, GIVING HIM ACCESS TO THE CHESHIRE CORRECTIONAL INSTITUTION'S **RESOURCE CENTER** ONCE A WEEK.

The Plaintiff Joe Burgos Vega respectfully moves this honorable Court for a pro tempore ORDER giving him access to the Cheshire Correctional Institution's Resource Center a minimum of once a week because, but not limited to, the Court issued an Amended Scheduling Order (Document No. 231) and without access to the Resource Center compliance would be impossible and/or unrealistic.

The Court issued an ORDER for parties to:

A. Have a Joint Trial Memorandum filed by October 1, 2013. And,

B. Raise all objections in the Joint Trial Memorandum made in a Motion In Limine supported by a Memorandum of Law, citing applicable Second Circuit precedent and accompanied by the exhibit to which there is an objection. And,

C. Jury Selection is scheduled for November 5, 2013. **SEE DOCUMENT No. 231, dated 06/25/2013.**

For the past ten (10) months the Pro Se Plaintiff has been given access to the Cheshire C.I.'s Resource Cenetr about five (5) times only, although the Pro Se Plaintiff has been signing his name on the Resource Center's list, on average, as the top five applicants. The Pro Se Plaintiff has already suffered harm due to the lack of accessibility to the Resource Center and/or it's very limited legal resources, etc.

The administrator responsible for the Cheshire C.I.'s Resource Center is deputy warden Lauren Powers, See attached exhibit A, at paragraph 3. Furthermore, Ms. Powers alleged that for safety and security reasons each unit cannot exceed twenty inmates, Exhibit A, at paragraph 14; however, at present only five inmates from each unit are being allowed to attend. There are approximately 200 inmates in each unit of the Cheshire Correctional Facility.

In the prior pending action of JOE BURGOS VEGA V. THERESA LANTZ, ET AL. DOCKET No. 3:04CV1215 (DFM) the Plaintiff was represented by the Law Offices of McCarter & English, LLP, who was appointed by the (DFM) Court. That was the only way how the Plaintiff presented his case which was tried on April 23, 2013 throughout April 25, 2013. Without appointment of Counsel, the Plaintiff would had totally failed at trying to present the (DFM) case and/or any other case.

Due to the Plaintiff's denied access to the Cheshire CI's Resource Center the Plaintiff cannot cite supporting case law, as it would have been found at the Cheshire CI's Resource Center. The Plaintiff has made complaints to administrators, See attached exhibit B.

So that Justice may be served, the Pro Se incarcerated Plaintiff prays this Honorable Court **GRANT** the foregoing Motion.

The Plaintiff Pro Se,

07/25/2013.

Joe Burgos Vega
Joe Burgos Vega, I.D. 130135
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410

CERTIFICATION

This is to certify that a copy of the foregoing Plaintiff's Motion For Pro Tempore Order, Giving Him Access To The Cheshire Correctional Institution's Resource Center Once A Week has been mailed to the defendants on this 25th day of July, 2013; at:

M. Jodi Rell, et al. C/O A.A.G. Steven R. Strom
110 Sherman Street, Hartford, Connecticut 06105.

The Plaintiff Pro Se,

07/25/2013.

Joe Burgos Vega
Joe Burgos Vega, I.D. 130135
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410