UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2013 AUG 19 P 12:19

JOE BURGOS VEGA DOCKET No. 3:09CV737 (VLB)

v. PRO SE FILING

M. JODI RELL, ET AL. JULY 25, 2013.

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRO TEMPORE ORDER GIVING HIM ACCESS TO THE CHESHIRE CORRECTIONAL INSTITUTION'S RESOURCE CENTER ONCE A WEEK.**

The Plaintiff declares under penalty of perjury that:

1. I am Joe Burgos Vega ("the Plaintiff") in the above captioned matter.

2. I am over the age of eighteen (18) years of age and understand and believe in the obligatory sanctity of an oath and being truthful.

3. I am a Natural born Citizen of the United States of America.

4. Currently, the Plaintiff is incarcerated at the Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut 06410. The Plaintiff's institutional identification number is 130135.

5. For the past ten (10) months the Plaintiff has been given access to the Cheshire CI'S Resource Center about five (5) times only. From the past ten (10) months to the present the Plaintiff signs every Resource Center sign-up sheet and is most of the times within the first five applicants.

6. In the present action, Vega v. Rell, et al., Docket No. 3:09CV737 (VLB), the Court issued an Amended Scheduling Order dated June 25, 2013. See Document No. 231.

7. Without an ORDER from this Court granting the Plaintiff minimal access to the Cheshire CI's Resource Center of once a week, compliance with the Court's 06/25/2013 Amended Scheduling Order would be impossible and/or unrealistic.

8. The Cheshire CI Administrator responsible for operation of the Resource Center is deputy warden Lauren Powers. Deputy warden Powers submitted an affidavit to one of the Plaintiff's previous motion for access to the Cheshire CI's Resource Center. See Attached Exhibit-A, at paragraph 3.

9. The Plaintiff has made more than reasonable efforts in attempt to obtain more than the five (5) times access to the Cheshire CI's Resource Center within the past ten (10) months.

10. On June 6, 2013 the Plaintiff addressed the foregoing problem with access to the Resource Center to Deputy Warden Lauren Powers and requested assistance. Deputy Warden Powers' reply was simply "NO".

11. On June 12, 2013 the Plaintiff filed a Line Grievance regarding the denial of access to the Cheshire CI's Resource Center. A respond was dated as July 17, 2013. See attached Exhibit-B.

12. Previously deputy warden Powers informed the Court that for safety and security reasons each unit cannot exceed sending twenty inmates to the Resource Center. See attached exhibit-A, at paragraph 14. However, at present only five (5) inmates from

[redacted] each unit are being allowed to attend.

13. In the prior pending action of JOE BURGOS VEGA V. THERESA LANTZ, ET AL., DOCKET No. 3:04CV1215 (DFM) the Plaintiff was represented by the Law Offices of McCarter & English, LLP, who were appointed by the (DFM) Court. That was the only way how the Plaintiff presented his case which was tried on April 23, 2013 throughout April 25, 2013. Without appointment of Counsel, the Plaintiff would had totally failed at trying to present the (DFM) case and/or any other case.

14. Due to the Plaintiff's denied access to the Cheshire CI's Resource Center the Plaintiff cannot cite supporting case law, as it would have been found at the Cheshire CI's Resource Center.

15. Exhibits A & B are used interchangeably between the accompanying Motion and the foregoing Declaration In Support Thereof.

16. The Plaintiff Prays that the foregoing Motion be granted thereby giving him access to the Cheshire CI's Resource Center and allowing him to get started in compliance with the Courts' June 25, 2013 Amended Scheduling Order (Document No. 231).

The undersigned Plaintiff, Joe Burgos Vega, declares under penalty of perjury that the foregoing information is true and correct, Pursuant to 28 U.S.C. § 1746; 18 U.S.C. § 1621.

The Plaintiff Pro Se,

July 25, 2013.

Joe Burgos Vega

Joe Burgos Vega, I.D. 130135
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410

CERTIFICATION

This is to certiry under penalty of perjury that a copy of the foregoing Declaration In Support of Plaintiff's Motion For Pro Tempore Order Giving Him Access To The Cheshire Correctional Institution's Resource Center Once a Week was mailed to the defendants on this 25 day of July, 2013; at:

M. Jodi Rell, et al. C/O A.A.G. Steven R. Strom
110 Shermen Street, Hartford, Connecticut 06105.

The Plaintiff Pro Se,

July 25,2013.

Joe Burgos Vega
Joe Burgos Vega, I.D. 130[illegible]35
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410