# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOE BURGOS VEGA, PLAINTIFF, | : | CIVIL NO. 3:09CV737(VLB) |
| VS. | : | |
| M. JODI RELL, ET AL. DEFENDANTS. | : | MARCH 30, 2012 |

**AFFIDAVIT OF DEPUTY WARDEN POWERS IN OPPOSITION TO MOTION FOR ACCESS TO THE CHESHIRE CI RESOURCE CENTER**

I, Lauren Powers, being duly sworn, depose and say that:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I work in my capacity as a Deputy Warden for Programs and Treatment, at Cheshire CI. I have been employed by the Connecticut Department of Correction (DOC) for more than 21 years.

3. My duties include general supervision and oversight of various programs and treatment services at Cheshire CI, including oversight of the library area, which includes some legal resources. This library area is located in the old gymnasium at Cheshire CI and inmates at Cheshire CI may sign up by request to use such resources.

4. At the time when inmate Joe Burgos Vega, #130135 filed his motion for access to the legal resources area, inmate Vega had not made any such requests to use the library since his previous presence on the library list of

February 9, 2012. Inmates must make an inmate request, in writing, to be put on the list to use the library.

5. Due to his filing of the present pending motion, I instructed that Inmate Vega be put on the library list, and he went to the library on Tuesday, March 20, 2012. As stated above, he was last on the list to go to the library on February 9, 2012, but library records, attached hereto as Exhibit A, show that on February 9, 2012, inmate Vega "did not show," (DNS).

6. Prior to that date inmate Vega was listed as having attended the library on five dates in January 2012, January 3, 4, 12, 23, and 27, 2012. See Exhibit A.

7. As Deputy Warden for Programs and Treatment at Cheshire, it is important that all inmates at Cheshire have a balanced, fair and equitable opportunity to attend the library area. Prior to January 2012, I had been receiving a fairly significant number of complaints and grievances from inmates in North Block at Cheshire that they could not attend the library. When I reviewed the schedule, it appeared that inmates in South Block could go far more often than inmates in other areas of the Institution.

8. Cheshire CI is a high security, Level 4, correctional institution, holding approximately 1,500 inmates, many of whom are serving extremely lengthy sentences for serious crimes such as kidnapping, assault, manslaughter and murder.

9. Cheshire CI also houses a Protective Custody unit, which itself has an upper tier and a lower tier, which must be kept separate from one another for reasons related to inmate separation issues and which would present a risk to the safety and security of inmates and staff.

10. Inmates in protective custody also had to be afforded an opportunity to use the facility library, and in order to make such a schedule, it was important to keep different groups of inmates separated from one another.

11. At present, inmate Vega is housed in South Block 6. The library schedule, attached hereto, provides for inmates in South Block 6 to use the library three times per week, if they fill out an inmate request and sign up. South Block 6 is allowed to attend the library on Tuesday from 1:00 pm to 2:25 pm; on Thursday from 10:25 am to 12:00 pm; and on Friday afternoons, for copies only from 1:00 pm to 2:25 pm. See Library Schedule Exhibit B.

12. In my professional judgment, three time per week in the library is a fair and reasonable schedule, consistent with maintaining safety, security and order in the Cheshire CI, while at the same time providing a fair and reasonable opportunity for all other Cheshire CI inmates to use the library.

13. In addition, inmates can make a request to their unit counselor and the counselor can make copies for the inmates. It is not necessary to go to the library to make copies.

14. For safety and security reasons, groups in the library cannot exceed twenty inmates in number at one time. If there are more than twenty inmates signed up for library use, for example, on a Tuesday, then South Block 6 inmates in excess of twenty would simply be placed on the list for Thursday. To date this has not been a problem and groups generally range approximately fifteen inmates in size.

15. Inmates are charged for copies at the rate of $0.25 per page if they are not indigent. Inmate Vega's account statement as of 3/27/12 reflects a balance of $212.19. See Exhibit C.

16. In my professional opinion, based on my 21 years of correctional experience, it would jeopardize safety, security and order to allow any one inmate, in this case Inmate Vega, to be allowed an opportunity for library time of 3-4 days per week, for 3 hours at one time. Any such action would necessarily allow inmate Vega to be commingled with inmates from other housing areas of the prison, a grave safety and security concern, as inmates are required to be kept separate, and not commingled, in order to provide for adequate supervision, and inmate safety.

17. Further, as there are no secrets in a correctional facility, allowing one inmate to have greater library privileges than another, would cause a significant ripple effects and a precedent that would negatively impact of safety, security and order. It would be impossible to justify why inmate Vega's case was more important or more significant than any other inmate's legal case or matter. There are many, many dozens of inmates at Cheshire who are handling their legal cases by representing themselves. It would create a perception of favoritism if one inmate were allowed more time in the library than any other inmate. This perception of favoritism could result in a risk to both institutional safety as well as Inmate Vega's safety, as he would be perceived as having a status that no other inmate had. This perception is contrary to sound principles of correctional management which requires that each inmate be treated in the same firm, fair and consistent manner.

18. Overall, since records have been kept from June 28, 2011 to the present Mr. Vega has gone to the library on 26 occasions, as indicated by the symbol "+" on the attached Exhibit A, and he did not show or went to recreation on four occasions, when he could have gone to the library. This frequency appears to be both reasonable and fair, and the present library schedule will continue to allow Mr. Vega to make requests to sign up and be allowed to go to the library.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

Lauren Powers
Deputy Warden, Cheshire CI

Subscribed and sworn to before me this 30 day of March, 2012.

Notary Public/Commissioner of the Superior Court

Danya Baker
Notary Public
My Commission Expires 1/31/2017

DEFENDANTS

M. Jodi Rell, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: [signature]

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: steven.strom@po.state.ct.us
Federal Bar #ct01211

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 30th day of March, 2010:

Joe Burgos Vega, #130135
Cheshire CI
900 Highland Ave.
Cheshire, CT 06410

[signature]

Steven R. Strom
Assistant Attorney General

I/M Vega #130135

| Date: | Session Req. Date |
|---|---|
| Tuesday, March 20, 2012 | PM 1:25 |
| Thursday, February 09, 2012 | AM2 DNS |
| Friday, January 27, 2012 | PM + |
| Monday, January 23, 2012 | PM 2:10 |
| Thursday, January 12, 2012 | AM + |
| Wednesday, January 04, 2012 | AM + |
| Tuesday, January 03, 2012 | PM + |
| Thursday, December 29, 2011 | AM 10:45 |
| Wednesday, December 28, 2011 | AM 10:10 |
| Monday, December 12, 2011 | PM DNS |
| Wednesday, December 07, 2011 | AM + |
| Thursday, December 01, 2011 | AM + |
| Tuesday, November 29, 2011 | PM + |
| Friday, November 25, 2011 | PM + |
| Thursday, November 17, 2011 | AM @Rec |
| Tuesday, November 15, 2011 | PM + |
| Thursday, November 03, 2011 | AM 10:20 |
| Wednesday, November 02, 2011 | AM + |
| Tuesday, November 01, 2011 | PM + |
| Wednesday, October 26, 2011 | AM 10:25 |
| Monday, October 17, 2011 | PM 1:05 |
| Friday, October 07, 2011 | PM + |
| Thursday, October 06, 2011 | PM SB5 |
| Thursday, September 29, 2011 | PM + |
| Wednesday, September 28, 2011 | PM + |
| Thursday, September 15, 2011 | PM + |
| Thursday, September 08, 2011 | PM + |
| Wednesday, September 07, 2011 | PM 2:25 |
| Tuesday, August 23, 2011 | AM + |
| Thursday, August 18, 2011 | PM + |
| Wednesday, August 17, 2011 | PM + |
| Tuesday, August 16, 2011 | AM + |
| Thursday, August 11, 2011 | PM + |
| Wednesday, August 10, 2011 | PM + |
| Tuesday, August 09, 2011 | AM 10:10 |
| Wednesday, August 03, 2011 | PM + |
| Tuesday, August 02, 2011 | AM + |
| Thursday, July 28, 2011 | PM 2:25 |
| Tuesday, July 26, 2011 | AM 10 |
| Thursday, July 21, 2011 | PM HEAT |
| Tuesday, July 19, 2011 | AM 9:30 |
| Wednesday, July 13, 2011 | PM + |
| Tuesday, July 12, 2011 | AM 10:45 |
| Thursday, July 07, 2011 | PM L/D |
| Tuesday, July 05, 2011 | AM 10 |
| Thursday, June 30, 2011 | PM + |
| Tuesday, June 28, 2011 | AM @Rec |

| | |
|---|---|
| Thursday, May 12, 2011 | PM DNS |
| Wednesday, April 20, 2011 | AM 2:20 |

| | |
|---|---|
| + = attended session | 00:00 = left session early |
| DNS = did not show | @Rec = went to Recreation |
| L/D = unit lockdown | HEAT = session cancelled due to Heat |
| BB# = I/M moved to another unit | |

# CHESHIRE C.I.
# RESOURCE CENTER SCHEDULE
# 2012

| Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|
| 8:30 a.m. to 10:00 a.m.<br>North Block 2 & 5 | 8:30 a.m. to 10:00 a.m.<br>East Block 2, 3 & CHU | 8:30 a.m. to 10:00 a.m.<br>North Block 6-Lower | 8:30 a.m. to 10:00 a.m.<br>South Block 1-3 | 8:30 a.m. to 10:00 a.m.<br>North Block 1, 3 & 4 |
| 10:25 a. m to 12:00 p.m.<br>North Block 6 – Lower | 10:25 a.m. to 12:00 p.m.<br>North Block 1, 3, & 4 | 10:25 a.m. to 12:00 p.m.<br>North Block 2 & 5 | 10:25 a.m. to 12:00 p.m.<br>South Block 4-6 | 10:25 a.m. to 12:00 p.m.<br>North Block 6-Upper |
| 1:00 p.m. to 2:35 p.m.<br>South Block 1-3 | 1:00 p.m. to 2:35 p.m.<br>South Block 4-6 | 1:00 p.m. to 2:35 p.m.<br>North Block 6-Upper | 1:00 p.m. to 2:35 p.m.<br>East Block 2, 3 & CHU | 1:00 p.m. to 2:35 p.m.<br>South Block 1-6<br>Copies only |

**Effective Date February 6, 2012**

- Access to the Resource Center is pursuant to A/D 10.16, Inmate Library Services
- If you move housing you must re-submit a request to be placed on the list for your new housing unit.
- Requests to be placed on wait list shall be placed in the mailbox located outside of the Library. (Feedback units shall place library requests in the Counselor's mailbox).
- No make-up dates
- CTQ- No library- Inmates on Confined to Quarters (CTQ) sanctions will be required to complete sanctions before library attendance.

DISPLAY TRUST ACCOUNTS (CTDTRCC)

| | |
|---|---|
| ID# | 0000130135 |
| BKG# | 2 |
| NAME | VEGA, JOE |

## Trust Summary

Account Balences 212.19 0.00

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 03/27/2012 | CTDOC | REG | Med Dental Fee 125 03/20/12 | <9.00> | 212.19 | 0.00 |
| 03/23/2012 | CTDOC | REG | CRS SAL ORD #8613891 D2 | <23.32> | 221.19 | 0.00 |
| 03/16/2012 | CTDOC | REG | CRS SAL ORD #8596615 D2 | <12.20> | 244.51 | 0.00 |
| 03/09/2012 | CTDOC | REG | CRS SAL ORD #8581030 D2 | <19.58> | 256.71 | 0.00 |
| 03/02/2012 | CTDOC | REG | CRS SAL ORD #8564285 D2 | <12.10> | 276.29 | 0.00 |
| 03/02/2012 | CTDOC | REG | CRS SAL ORD #8562417D2 | <2.32> | 288.39 | 0.00 |
| 02/29/2012 | CTDOC | REG | Mail Receipts 125 | 260.00 | 290.71 | 0.00 |
| 02/24/2012 | CTDOC | REG | CRS SAL ORD #8545534 D2 | <28.26> | 30.71 | 0.00 |
| 02/17/2012 | CTDOC | REG | CRS SAL ORD #8531063 D2 | <22.77> | 58.97 | 0.00 |
| 02/17/2012 | CTDOC | REG | CRS SAL ORD #8529833D2 | <2.32> | 81.74 | 0.00 |
| 02/10/2012 | CTDOC | REG | CRS SAL ORD #8513782 D2 | <11.98> | 84.06 | 0.00 |
| 02/01/2012 | CTDOC | REG | CRS SAL ORD #8486222D2 | <3.45> | 96.04 | 0.00 |
| 01/27/2012 | CTDOC | REG | CRS SAL ORD #8476331 D2 | <11.69> | 99.49 | 0.00 |

Previous Page