# EXHIBIT B

# Inmate Administrative Remedy Form

Connecticut Department of Correction

CN 9602
REV 1/31/09

| | |
|---|---|
| Facility/Unit: Cheshire Correctional Institution | Date: June 12, 2013 |
| Inmate name: Joe Burgos Vega | Inmate number: [illegible] |

RECEIVED JUN 13 2013

**SECTION 1** SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).* (1) Submitted numerous written requests and received no Reply(ies); and

A. ☒ I am filing a Grievance. (2) Signed-up for the Resource Center's [illegible] on the list.
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. > Refer to Section 2 below

B. ☐ I am requesting a Health Services Review: ☐ Diagnosis/Treatment > ☐ All Other Health Care issues > Complete Section 4 >>>>

C. ☐ I am filing an Appeal of a (select one below):
Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action > Complete Section 3 below

| | | | |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | Complete Section 4 >>>> |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |

**SECTION 2** OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3** DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| | |
|---|---|
| Offense: | Report date: |
| Facility where hearing was conducted: | Date of hearing: |
| Did you have an advocate? ☐ yes ☐ no | If yes, name of advocate: |
| Did you identify witness(es) to the investigator? ☐ yes ☐ no | Did your witness(es) testify? ☐ yes ☐ no |

Name(s) of any witness(es):

| CONFIDENTIAL (FOR OFFICIAL USE ONLY) | Inmate name: Joe Vega | |
|---|---|---|
| | Inmate number: 130135 | Housing: NB4-48 |

**SECTION 4** — **STATE THE PROBLEM AND REQUESTED RESOLUTION**

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. For over Eight months I have been denied access to the Resource Center, with the exception of maybe once, on an equitable scale as everyone else. I am pro-se in ongoing litigation - Vega v. Rell, et al. 3:09CV737 (VLB) - with a Scheduled Jury Selection for July 9, 2013 and Trial for August 20, 2013. Furthermore, my Post conviction matters are being addressed without assistance of an attorney. According to a U.S. Supreme Court Ruling, Smith v. Bounds, the DOC has a Constitutional obligation to provide either of two, ① An adequate Law Library, or ② Hire Legal Assistance to prisoners. Prisoners in the CT DOC are being deprived of Law Libraries; and, the Present Legal Assistance to prisoner's program does not provide assistance in matters involving criminal matters. Furthermore, at this point of Civil litigation ILAP is of NO MEANINGFUL ASSISTANCE! On the contrary, they would be a hinderance due to but not limited to delays, etc. I personally addressed this problem to Deputy Warden Powers and she expressed her desire not to help while mentioning my ongoing litigation. This is clearly retaliation. In addition, I wrote and spoke to Unit Manager Ms. Garcia, who was more courteous, and she couldn't help much as the matter is out-side of her duties & control. I have signed-up for the resource center twice a week for the past 8 to 9 months unsuccessfully. This is Retaliatory Action. Resolution would be to allow me to appear (access) at the Resource Center a minimum of twice a week. If not then fulfill your obligation to hire an attorney to represent me, per Connecticut General statutes. ) Ms. Powers mentioned "Muslims will not win litigation"!

| Inmate signature: *[signature]* | Date: 06-12-2013 |
|---|---|

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

**SECTION 5** — **DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: 06/13/13 | IGP #: 125-13-190 | T#: |
|---|---|---|

| Disposition: *Compromised* | Date of Disposition: *07/17/13* |
|---|---|

Reason:

*Your Level 1 Grievance is compromised. You were placed on the list for the Resource Center on 6/14/13 and 07/03/13. Continue to sign up for the Resource Center in the unit you are housed in to be placed upon the list of inmates to be called for the Resource Center. Please refer to your inmate handbook on pg. 45 Legal Assistance – B. Access to Courts and Legal Materials The Connecticut Department of Correction is not obligated to provide inmates with access to court by maintaining law libraries or legal forms in the various correctional institutions. Any such material that may be located in the DOC facilities is not intended to serve as a method of providing inmates access to the court. Other pages within the handbook that address these issues is pg. 34 and then pages 45-49(attached). As for any issues concerning staff conduct can be addressed per A.D. 9.6 Inmate Administrative Remedies.*

☒ You have exhausted DOC's Administrative Remedies. ☐ This matter may be appealed to:

| Signature: *[signature]* | Date: 7/17/13 |
|---|---|

5. You are allowed to have ten (10) phone numbers on your approved list and will have an opportunity to alter your list every 30 days via the inmate telephone in your housing unit.

12. **LAUNDRY:** The Unit laundry schedule and rules will be posted on the Bulletin Board in your Housing Unit.

13. **BARBER SERVICES:** The schedule for barber services is posted on the Bulletin Board in your Housing Unit.

14. **RESOURCE CENTER:** The Resource Center hours of operation are posted in all of the Housing Units and in the Resource Center. You may request to visit the Resource Center by putting your request in writing and sending it to the Librarian. The Resource Center contains some legal resources, reference materials, magazines, newspapers, and books for general (or leisure) reading. General reading books may be checked out, and you are responsible and liable for any book you check out. For other Resource Center services and rules, check with the Librarian.

   A. **Legal Resources:** The Resource Center contains some legal resources. The Resource Center does not provide legal assistance other than the provision of state issued forms. A listing of forms is available in the Resource Center.

   B. **Legal Assistance:** Free legal assistance may be available to you through the Legal Assistance to Prisoners (LAP) organization and is available to you either by mail (Inmate Legal Assistance, P.O. Box 260237, Hartford, CT 061260327) or toll-free at (1-800-301-4527). The Resource Center does not provide legal assistance.

   C. **Destruction of Resource Center Equipment or Material:** Destruction of any Resource Center equipment or materials (books, magazines, newspapers, etc.) may result in disciplinary action in accordance with Administrative Directive 9.5 and a suspension of Resource Center privileges.

   D. **Contraband:** Items you are not permitted to bring to the Resource Center include: food items, cosmetic items, electronics, photo albums, personal photographs, any material displaying nudity and personal or other materials belonging to another inmate. Sexually suggestive material is not permitted. These items will be considered contraband according to Administrative Directive 9.5.

   E. **Decorum:** Inmates are expected to conduct themselves in a responsible manner, and to refrain from loud talking. Inmates are expected to wear the appropriate uniform of the day.

15. **ACCESS to PUBLICATIONS:** Inmate access to publications is governed by State Administrative Regulations 18-81-28 and 18-81-39. The information stated in this Handbook does not supersede or overrule these regulations in any way, and is provided to inform you of the limitations on access to publications. (Reference A. D. 10.7, Inmate Communications.)

   1. Orders must be placed with the Unit Counselor. No order will be processed unless you have sufficient funds in your Inmate Account to cover the cost of the order.
   2. Orders will only be placed to a publisher, book club, or bookstore.

4. **PARDONS:** A pardon is an act of grace that releases an inmate from the full consequence of a sentence. The Connecticut Board of Pardons and Parole meets twice a year to consider applications from inmates for a pardon. For information, contact your Unit Counselor. (Reference: C.G.S. Section 18-24a, et. seq.).

**Legal Assistance**

The Supreme Court of the United States has held that the Constitution of the United States only requires a state to provide its prisoners with access to a law library or access to persons trained in the law. Bounds v. Smith, 430 U.S. 817, 97 S. Ct. 1491, 52 L. Ed. 2d 72 (1977). The choice of which alternative to provide lies with the state, not with the prisoner. Connecticut has chosen to rely on access to persons trained in the law in order to comply with the requirements of Bounds v. Smith.

A. **Public Defender**

Attorneys are available to provide legal assistance in certain criminal matters to indigent inmates who are in the custody of the Commissioner of Correction. For legal assistance concerning criminal matters, contact the Public Defender's Offices in the county where the complaint is to be filed.

B. **Access to Courts and Legal Materials**

The Connecticut Department of Correction is not obligated to provide inmates with access to court by maintaining law libraries or legal forms in the various correctional institutions. Any such material that may be located in the DOC facilities is not intended to serve as a method of providing inmates access to court.

Any inmate who wishes to seek assistance or advice concerning his or her criminal case(s) should contact the attorney or Public Defender's Office, which is representing or assisting you now or has represented or assisted you in the past.

Legal assistance for criminal matters may be provided through your attorney or Public Defender in the court where your criminal case is pending, as well as for appeals and habeas matters as follows:

State Criminal Appeals

Office of Chief Public Defender
Legal Services Unit
2911 Dixwell Avenue, 4th Floor
Hamden, CT. 06518
(203) 867-6150

Petitions for a Writ of Habeas Corpus
Office of Chief Public Defender
Habeas Corpus Services
2275 Silas Deane Highway
Rocky Hill, CT. 06067
(860) 258-4940

Any questions concerning criminal matters or requests for forms in criminal matters should be directed to the attorney handling your criminal case(s) or habeas petition(s).

The Department of Correction contracts for the provision of legal assistance to inmates in civil legal matters for issues arising from terms and conditions of confinement. For a description of the extent of such legal service, refer to section C below. If you require assistance in reading or in understanding this section you should contact Inmate's Legal Assistance at the address and telephone number in the box on this page.

C. **Civil Rights Actions**

The Department of Correction is not obligated to provide state prisoners with lawyers to represent them or appear for them in civil rights actions. However, access to court for civil matters arising from terms and conditions of confinement is provided by Inmate's Legal Assistance.

The Department of Correction contracts with Attorney Sydney T. Schulman d.b.a. Schulman and Associates for such services. The scope of said service shall be limited to:

• rendering assistance which shall include identifying, articulating and researching legal claims and enabling inmates to access the judicial and parole (for revocation hearings only) system through advice

• counsel and physical preparation of meaningful legal papers such as writs, complaints, motions and memoranda of law for claims arising from terms and conditions of confinement, determined by the contractor to be matters wherein a prima facie (as defined in Blacks Law Dictionary) case is presented. Meaningful papers referred to are limited, by the professional judgment of the contractor, to those which are needed to give inmates a reasonably adequate opportunity to present, among other claims, claimed violations of fundamental constitutional rights to the courts, consistent with rulings concerning the right of inmate access to courts, rendered by appropriate courts, including the State and U.S. Supreme Courts.

For assistance in reading or in understanding this section, contact:

Inmate's Legal Assistance
P.O. Box 260237
Hartford, CT 06126-0237

1-800-301-ILAP (4527)

Said assistance does not include representation and/or entering an appearance in a case or extend to the actual trial of the claim or argument in appellate or administrative proceedings or any other ancillary proceedings hereto. This includes not accepting any court appointments for representation of any inmates in any matter whatsoever, except that the Commissioner may authorize the Board of Pardons and Paroles to utilize the services of Attorney Schulman for the purposes of representing inmates at Parole revocation hearings in appropriate circumstances. Such representation shall be provided on a case by case basis consistent with rulings concerning the right of counsel before the Board of Pardons and Paroles, rendered by appropriate courts, including the State and U.S. Supreme Courts.

You may direct your calls to Inmates Legal Assistance. These calls shall be deemed "privileged" in accordance with Administrative Directive 10.7, Inmate Communications.

Other civil rights organizations, which may, on occasion, in a particular case, provide legal assistance in civil rights, are the following:

Connecticut Civil Liberties Union
32 Grand Street
Hartford, CT. 06106
(860) 247-9823

The Department of Correction is not obligated to provide inmates with legal assistance or legal forms, which are related to state or federal criminal matters. If you wish such assistance or such forms you should contact either your own attorney or the office of either the State Public Defender or the Federal Court. Forms for federal civil rights complaints, under 42 U.S.C. & 1983 and forms for federal habeas corpus petitions pursuant to 28 U.S.C. & 2254, as well as other forms may be obtained by writing to:

Clerk of the Court
United States District Court
915 Lafayette Boulevard
Bridgeport, CT. 06604

D. <u>Law School Clinics</u>
The following is a list of law school clinics:

University of Connecticut School of Law Legal Clinic
65 Elizabeth Street
Hartford, CT. 06105

In the UConn Legal Clinic, state-funded law school professors, adjunct faculty and students, May, at their discretion take individual cases (criminal appeals, sometimes habeas corpus matters) on request or referral, but not appointment.

The Jerome N. Frank Legal Services
P.O. Box 209090
New Haven, CT. 06520-9090
(203) 432-4800

Similar to the UConn Legal Clinic, the Jerome N. Frank Legal Services Clinic, Yale Law professors, adjunct faculty and students may, at their discretion take individual cases (criminal appeals, sometimes habeas corpus matters) on request or referral, but not appointment. The Yale Law School Clinic has also represented Connecticut inmates in civil rights actions, including class actions involving the Connecticut Department of Correction's policies, procedures and regulations.

The Public Defender Services Commission provides post-conviction advice and representation, at state expense, for indigent prisoners on:

• Criminal appeals and criminal habeas corpus petitions attacking the judgment of conviction
• Habeas corpus petitions alleging illegal confinement based on claims of improper sentence administration by the Commissioner of Correction
• habeas corpus petitions challenging involuntary transfer of temporary custody pursuant to provisions of the Interstate Agreement on Detainers, Connecticut General Statues, Section 54-186, Art. IV

The Commission also administers assignments of special public defenders from the Habeas Corpus Panel. Conn. Gen. Statue. Sec. 51-289, et seq. The public defender will not accept assignments of cases challenging conditions of confinement.

E. <u>Federal Petitions for a Writ of Habeas Corpus</u>
The State of Connecticut is not obligated to provide state prisoners with lawyers to represent them in Federal Habeas Corpus Petitions. If you need counsel in a Federal Habeas Corpus Petition, you should make a motion to the District Court. If the Court grants your motion for counsel, the Federal Public Defender or counsel appointed under

Criminal Justice Act may respect indigent prisoners on Federal Habeas Corpus Petitions challenging the judgment of conviction in state court. If you have a matter pending in the U.S. District Court in Connecticut, you must notify the court, and your counsel, if any, of any change in your address.

5. **CORRECTIONAL OMBUDSMAN**

**Termination of Correctional Ombudsman Services; Effective** June 30, 2010, the Department of Administrative Services no longer contracts for Correctional Ombudsman services. The funding for these services has been eliminated and the statutory language requiring that these services be contracted has been repealed.

Services formerly provided to inmates by the Ombudsman relative to complaints regarding the terms and conditions of their confinement. Inmates should first make every attempt to resolve their issues through the existing internal grievance procedure. Inmates also have access to the Inmate Legal Assistance Program as a means to address their complaints regarding the terms and conditions of confinement.

The Inmate Legal Assistance Program may be contacted at the following address:

Inmate Legal Assistance Program
Law Office of Sydney T. Schulman
78 Oak Street
Hartford, CT 06119
Telephone: (860) 246-1118

6. **Speedy Trial**
Speedy trial is a petition from an inmate to the court having jurisdiction to initiate proceedings to dispose of pending charges. There are three types of speedy trials that affect inmates in custody; (1) an inmate in custody solely because of charges pending in this state (CGS Sec. 54-82m); (2) an inmate under sentence with charges pending in this state (CGS Sec. 54-82c); (3) an inmate under sentence with charges pending in another state (CGS Sec. 54-186, Article III). To apply for a speedy trial under CGS Sec. 54-82m, contact your attorney. To apply for other speedy trials, send a request to the records office and contact your unit counselor to confirm that your request is being processed.

7. **FAMILIES IN CRISIS, INC:** Families in Crisis, Inc. is a non-profit agency that provides free and confidential counseling and support services to offenders and their families. FIC's specialized services strengthen families, enhance community safety and promote individual responsibility. FIC Family Counseling program offers free individual counseling to address the following subjects: parenting, separation, anger management, coping, stress management, grief, loss, and family issues such as reestablishing or maintaining relationships with significant other,